UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| SUTURE EXPRESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12 Civ. 2760 RDR/KGS |
| | ) | |
| CARDINAL HEALTH, INC. and | ) | |
| OWENS & MINOR, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND

COMES NOW, defendants Cardinal Health, Inc. and Owens & Minor, Inc. (collectively, "Defendants")[1], and move the Court to enter an Order extending the time for Defendants to answer, plead or otherwise respond to plaintiff's Complaint to and including February 15, 2013. Defendants adopt and incorporate herein by reference the memorandum filed in support hereof.

Respectfully submitted,
BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ Patrick Lysaught
Patrick Lysaught     KS # 70176
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Tel: (816) 471-2121
Fax: (816) 472-0288
lysaught@bscr-law.com

Counsel for Defendant Cardinal Health, Inc.

---

[1] By joining this unopposed motion for extension of time, defendants Cardinal Health, Inc. and Owens & Minor, Inc. do not concede that this Court has personal jurisdiction over them or that they are proper parties to this action. Cardinal Health, Inc. and Owens & Minor, Inc. do not waive, and specifically reserve, all rights to assert such issues in response to Plaintiff's Complaint and/or to assert any and all applicable defenses on these bases.

BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP

/s/ James L. Eisenbrandt
James L. Eisenbrandt          KS # 06839
Jennifer B. Wieland           KS # 22444
2600 Grand Blvd. Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
jeisenbrandt@berkowitzoliver.com
jwieland@berkowitzoliver.com

Counsel for Defendant Owens & Minor, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on this 21st day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gregory M. Bentz  
Jennifer Gille Bacon  
Cathy J. Dean  
POLSINELLI SHUGHART PC  
Twelve Wyandotte Plaza  
120 West 12th Street  
Kansas City, Missouri 64105  

ATTORNEYS FOR PLAINTIFF

                                        /s/ Patrick Lysaught