UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| SUTURE EXPRESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12 Civ. 2760 RDR/KGS |
| | ) | |
| CARDINAL HEALTH, INC. and | ) | |
| OWENS & MINOR, INC., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO
EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND

COMES NOW, defendants Cardinal Health, Inc. and Owens & Minor, Inc. (collectively, "Defendants")[1] and for their memorandum in support of their joint, unopposed motion to extend the time to answer, plead or otherwise respond state as follows:

1. This case was recently filed by plaintiff Suture Express, Inc. and alleges various claims, including a claim for violation of the antitrust laws of the United States, including various provisions of the Sherman and Clayton Acts, a claim for violation of Kansas statutes with respect to anti-competitive conduct, and a common law claim for unjust enrichment.

2. Lead counsel and local counsel for defendant Cardinal Health, Inc. have only recently been retained, and additional time is necessary to assess the plaintiff's claims and prepare and file an answer or other appropriate response to plaintiff's claims.

---

[1] By filing this memorandum in support of their unopposed motion for extension of time, defendants Cardinal Health, Inc. and Owens & Minor, Inc. do not concede that this Court has personal jurisdiction over them or that they are proper parties to this action. Cardinal Health, Inc. and Owens & Minor, Inc. do not waive, and specifically reserve, all rights to assert such issues in response to Plaintiff's Complaint and/or to assert any and all applicable defenses on these bases.

3. Similarly, lead counsel and local counsel for defendant Owens & Minor, Inc. have only recently been retained, and additional time is necessary to assess the plaintiff's claims and prepare and file an answer or other appropriate response to plaintiff's claims.

4. The requested extension of time is not made for purposes of delay, but rather simply to insure that Defendants have sufficient time to assess the claims and allegations and to prepare appropriate pleadings to protect Defendants' interests.

5. Absent extension, Defendants are due to answer, plead or otherwise respond to the Complaint on or before December 27, 2012.

6. This is Defendants' first request for an extension to answer, plead or otherwise respond to the Complaint.

7. No party to this action will be prejudiced by the granting of such an extension of time as is evidenced by the fact that counsel for plaintiff Suture Express, Inc. has agreed to the requested extension of time to and including February 15, 2013 to answer, plead or otherwise respond.

8. Given the above, the ends of justice will be served by granting the requested extension.

WHEREFORE, defendant Cardinal Health, Inc. and defendant Owens & Minor, Inc. respectfully request the Court to enter an Order extending the time for Defendants to answer, plead or otherwise respond to plaintiff's Complaint to and including February 15, 2013.

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ Patrick Lysaught
Patrick Lysaught                           KS # 70176
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Tel: (816) 471-2121
Fax: (816) 472-0288
lysaught@bscr-law.com

Counsel for Defendant Cardinal Health, Inc.

BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP

/s/ James L. Eisenbrandt
James L. Eisenbrandt                       KS # 06839
Jennifer B. Wieland                        KS # 22444
2600 Grand Blvd. Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
jeisenbrandt@berkowitzoliver.com
jwieland@berkowitzoliver.com

Counsel for Defendant Owens & Minor, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gregory M. Bentz
Jennifer Gille Bacon
Cathy J. Dean
POLSINELLI SHUGHART PC
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105

ATTORNEYS FOR PLAINTIFF

                                              /s/ Patrick Lysaught