### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUTURE EXPRESS, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-CV-2760 RDR/KGS |
| CARDINAL HEALTH, INC., and OWENS & MINOR, INC., | ) ) ) ) |
| Defendants. | ) ) |

### ENTRY OF APPEARANCE

COMES NOW Jennifer B. Wieland and provides notice that she is entering her appearance on behalf of Defendant Owens & Minor, Inc.

Respectfully submitted,

**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP**

By: /s/ Jennifer B. Wieland
Jennifer B. Wieland (KS # 22444)
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
jwieland@berkowitzoliver.com

*Counsel for Defendant Owens & Minor, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jennifer B. Wieland