UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUTURE EXPRESS, INC.                          :
                                              :
                Plaintiff,   :  12 Civ. 02760 (RDR)(KGS)
                                              :
                v.           :
                                              :
CARDINAL HEALTH, INC., CARDINAL               :
HEALTH 200, LLC, OWENS & MINOR, INC.          :
and OWENS & MINOR DISTRIBUTION, INC.          :
                                              :
                Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND FOR EXCESS PAGES TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

WHEREAS, defendants Cardinal Health, Inc. ("Cardinal Health") and Cardinal Health 200, LLC ("CAH200") jointly filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on February 15, 2013;

WHEREAS, in the same Motion to Dismiss Cardinal Health also advanced jurisdictional defenses pursuant to Federal Rule of Civil Procedure 12(b)(2);

WHEREAS, defendant Owens & Minor, Inc. ("O&M, Inc.") filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) on February 15, 2013;

WHEREAS, defendant Owens & Minor Distribution, Inc. ("O&M Distribution") filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on February 15, 2013;

WHEREAS, Suture Express, Inc., has proposed jurisdictional discovery requests to Cardinal Health and O&M, Inc.; and

WHEREAS, discussions regarding the appropriate scope of potential discovery, if any, to address the jurisdictional issues remain ongoing:

Plaintiff Suture Express hereby moves the Court for an extension of time to serve its response to Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) to March 22, 2013, and to respond to Defendants Cardinal Health and O&M, Inc.'s jurisdictional defenses presented pursuant to Rule 12(b)(2) to March 22, 2013.

Plaintiff Suture Express also wishes to reduce the burden on the Court by filing a single Memorandum of Law in Opposition to Defendants Cardinal Health, CAH200 and O&M Distribution's Motions to Dismiss pursuant to Rule 12(b)(6). However, Suture Express may need to exceed the page limitations to present its positions as to all Defendants in a single Memorandum. Accordingly, Plaintiff Suture Express also hereby moves the Court to file a single Memorandum of Law in response to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) with an arguments and authorities section not to exceed fifty (50) pages.

1. Plaintiff has consulted with the other parties in these regards. Defendants do not oppose the extension of time upon the condition that their time to serve their replies in support of their Rule 12(b)(2) and 12(b)(6) motions is extended to and including April 19, 2013, which request Plaintiff agrees to. Defendants do not oppose the request for excess pages.

2. If no extensions are granted, then Plaintiff's opposition briefs would be due March 8, 2013, and Defendants' reply briefs would be due March 22, 2013.

3. Plaintiff has not requested a prior extension in this matter. Defendants had previously moved without opposition to extend their time to answer, plead or otherwise respond, which motion was granted by this Court on December 21, 2012.

4. The requested extension of time is not made for purposes of delay, but rather to give the Plaintiff sufficient time to respond to the motions. No party to this action will be

prejudiced by the granting of the requested relief to Plaintiff, and additionally granting additional time for Defendants to file reply briefs in further support of their motions.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the time for Plaintiff to serve its response to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) is to and including March 22, 2013, and for Defendants to serve their replies in support of their Rule 12(b)(2) and 12(b)(6) motions to and including April 19, 2013; that the Court enter an Order extending the time for Plaintiff to respond to Defendants' jurisdictional defenses presented pursuant to Rule 12(b)(2) to and including March 22, 2013; and that the Court enter an Order permitting Plaintiff to file a single Memorandum of Law in response to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) with an arguments and authorities section not to exceed fifty (50) pages.

Dated: March 4, 2013

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC

By: /s/ Daniel B. Hodes_____
Charley German (KS #22305)
Daniel B. Hodes (KS #24783)
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
(816) 471-7700
Fax No. (816) 471-2221

DEBEVOISE & PLIMPTON LLP

Daniel M. Abuhoff*
Michael S. Schaper*
Julie M. Calderon Rizzo*
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax No. (212) 521-7788

*Attorneys for Plaintiff*

*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

    _/s Daniel B. Hodes __