UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

```
----------------------------------- x
SUTURE EXPRESS, INC.                :
                                    :
                   Plaintiff,       :   12 Civ. 02760 (RDR)(KGS)
                                    :
         v.                         :
                                    :
CARDINAL HEALTH, INC., CARDINAL     :
HEALTH 200, LLC, OWENS & MINOR, INC.:
and OWENS & MINOR DISTRIBUTION, INC.:
                                    :
                   Defendants.      :
----------------------------------- X
```

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time and for Excess Pages to Respond to Defendants' Motions to Dismiss. For good cause shown, the motion is GRANTED, as further detailed below.

1. The time for Plaintiff Suture Express, Inc., to serve its response to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) is extended to and including March 22, 2013.

2. Plaintiff may file a single Memorandum of Law in response to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) with an arguments and authorities section in excess of thirty (30) pages, but not to exceed fifty (50) pages.

3. The deadline for Plaintiff to respond to jurisdictional defenses presented pursuant to Rule 12(b)(2) is extended to and including March 22, 2013. Suture Express reserves its right to move to extend the response and reply deadlines in the event jurisdictional discovery issues remain unresolved and/or to move the Court to allow jurisdictional discovery; Defendants reserve the right to oppose such motions.

4. The time for Defendants to serve their replies in support of their Rule 12(b)(2) and 12(b)(6) motions is extended to and including April 19, 2013.

Signed and dated this 5th day of March, 2013, at Topeka, Kansas.

*s/Richard D. Rogers*
United States District Judge