AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| SUTURE EXPRESS, INC. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.  12-cv2760 rdr/kgs |
| CARDINAL HEALTH, INC., OWENS & MINOR, INC., | ) |
| CARDINAL HEALTH 200, LLC, AND OWENS & | ) |
| MINOR DISTRIBUTION, INC. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cardinal Health 200, LLC
               (Serve) The Corporation Trust Company
               Corporation Trust Center
               1209 Orange Street
               Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Jennifer Gille Bacon
               Polsinelli Shughart PC
               120 W. 12th Street, Ste. 1700
               Kansas City, MO 64105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____02/14/2013_____

                                          s/Tami Anthony
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   12-cv2760 rdr/kgs

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CARDINAL HEALTH 200, INC.,

was received by me on *(date)*       02/15/2013       .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   Linda McBride                          , who is

designated by law to accept service of process on behalf of *(name of organization)*   The Corporation Company

Registered Agent for CARDINAL HEALTH 200, LLC       on *(date)*   02/19/2013   ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*   Iserved the summons and amended complaint at
                        The Corporation Company
                        112 SW 7th St Ste 3C
                        Topeka KS 66603

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02/20/2013

_____
*Server's signature*

Ron Rugen
*Printed name and title*

106 W 11th St Ste 1107
Kansas MO 64105

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | | |
|---|---|---|
| SUTURE EXPRESS, INC. | ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | |
| v. | ) ) | Civil Action No.  12-cv2760 rdr/kgs |
| CARDINAL HEALTH, INC., OWENS & MINOR, INC., CARDINAL HEALTH 200, LLC, AND OWENS & MINOR DISTRIBUTION, INC. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Owens & Minor Distribution, Inc.
(Serve) Grace R. Den Hartog
9120 Lockwood Blvd.
Mechanicsville, VA 23116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer Gille Bacon
Polsinelli Shughart PC
120 W. 12th Street, Ste. 1700
Kansas City, MO 64105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    02/14/2013                                s/Tami Anthony
                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   12-cv2760 rdr/kgs

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Owens & Minor Distribution, Inc.

was received by me on *(date)*          02/15/2013          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   Sandy Linken                          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Registered Agent Solutions

Registered  Agent for Owens & Minor Distribution, Inc.   on *(date)*   02/19/2013   ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Served Summons and Amended Complaint.
Address of Service 130 North Cherry Street, Olathe KS 66061

My fees are $      0.00      for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      02/19/2013

_____
*Server's signature*

Ron Rugen - Process Server
*Printed name and title*

106 W. 11th St, Ste 1107
Kansas City, MO 64105-1806

_____
*Server's address*

Additional information regarding attempted service, etc: