UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUTURE EXPRESS, INC.                       :
                                           :  12 Civ. 02760 (RDR)(KGS)
                          Plaintiff,       :
                                           :
            v.                             :
                                           :
CARDINAL HEALTH, INC., CARDINAL            :
HEALTH 200, LLC, OWENS & MINOR, INC.       :
and OWENS & MINOR DISTRIBUTION, INC.       :

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO FRCP 12(b)(2)**

WHEREAS, defendant Cardinal Health, Inc. ("Cardinal Health") and Cardinal Health 200, LLC ("CAH200") jointly filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) on February 15, 2013;

WHEREAS, defendant Owens & Minor, Inc. ("O&M, Inc.") filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) on February 15, 2013;

WHEREAS, defendant Owens & Minor Distribution, Inc. ("O&M Distribution") filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on February 15, 2013;

WHEREAS, Suture Express, Inc., has proposed limited jurisdictional discovery requests to Cardinal Health and O&M, Inc. to address their Rule 12(b)(2) defenses;

WHEREAS, Cardinal Health and O&M, Inc. have agreed to provide certain limited categories of information in response to these jurisdictional discovery requests, subject (in the case of certain information) to the negotiation of a protective order;

WHEREAS, Suture Express is prepared to file a response to Cardinal Health, CAH200 and O&M Distribution's Motions to Dismiss pursuant to Rule 12(b)(6) on March 22, 2013, as ordered by this Court; and

WHEREAS, discussions regarding the potential resolution of the jurisdictional defenses advanced by Cardinal Health and O&M, Inc. without the need for further motion practice will continue as Suture Express receives additional information from defendants.

NOW, THEREFORE, Plaintiff Suture Express, Inc., hereby moves the Court for an extension of time to respond to defendants Cardinal Health's and O&M, Inc.'s jurisdictional defenses presented pursuant to Rule 12(b)(2) only to April 5, 2013.

1. Plaintiff has consulted with the other parties regarding the above. Defendants do not oppose the extension of time upon the condition that their time to serve their replies in support of their Rule 12(b)(2) motions is extended to and including May 3, 2013, which request Plaintiff agrees to.

2. If this request for further extension is not granted, then Plaintiff's opposition briefs as to the Rule 12(b)(2) defenses would be due March 22, 2013, and Defendants' reply briefs would be due April 19, 2013.

3. Plaintiff has previously moved without opposition to extend its time to respond to Defendants' Motions to Dismiss, which motion was granted by this Court on

    March 5, 2013.  Defendants had previously moved without opposition to extend their time to answer, plead or otherwise respond, which motion was granted by this Court on December 21, 2012.

4. The requested extension of time is not made for purposes of delay, but rather to give the Plaintiff sufficient time to respond to the motions and potentially resolve the jurisdictional issues without further motion practice.  No party to this action will be prejudiced either by the granting of the requested relief to Plaintiff, or by granting additional time for Defendants to file reply briefs in further support of their motions.

5. This Motion does not affect the briefing schedule set for Defendants' pending Rule 12(b)(6) motions.  Plaintiff's opposition briefs as to the Rule 12(b)(6) motions shall continue to be due March 22, 2013, and Defendants' reply briefs shall continue to be due April 19, 2013.

    WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the time for Plaintiff to serve its response to Defendants' Motions to Dismiss pursuant to Rule 12(b)(2) to and including April 5, 2013, and for Defendants to serve their replies in support of their Rule 12(b)(2) motions to and including May 3, 2013.

ROUSE HENDRICKS GERMAN MAY PC

By: /s/ Daniel B. Hodes_____
Charley German (KS # 22305)
Daniel B. Hodes (KS # 24783)
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
(816) 471-7700
Fax No. (816) 471-2221

DEBEVOISE & PLIMPTON LLP

Daniel M. Abuhoff*
Michael S. Schaper*
Julie M. Calderon Rizzo*
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax No. (212) 521-7788

*Attorneys for Plaintiff*

*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

By:/s/ Daniel B. Hodes_____

4