UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUTURE EXPRESS, INC.                :
                                    :
                        Plaintiff,  :   12 Civ. 02760 (RDR)(KGS)
                                    :
            v.                      :
                                    :
CARDINAL HEALTH, INC., CARDINAL     :
HEALTH 200, LLC, OWENS & MINOR, INC. :
and OWENS & MINOR DISTRIBUTION, INC. :
                                    :
                        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2). For good cause shown, the motion is GRANTED. The time for Plaintiff Suture Express, Inc., to serve its response to Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2) is extended to and including April 5, 2013. The time for Defendants to serve their replies in support of their Motions pursuant to FRCP 12(b)(2) is extended to and including May 3, 2013.

Dated this 21st day of March, 2013, at Topeka, Kansas.

*s/Richard D. Rogers*
United States District Judge