UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SUTURE EXPRESS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   2:12-cv-02760 RDR/KGS |
| CARDINAL HEALTH, INC., | ) |
| CARDINAL HEALTH 200, LLC, | ) |
| OWENS & MINOR, INC. and OWENS & | ) |
| MINOR DISTRIBUTION, INC. | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

COME NOW the defendants, Cardinal Health, Inc. and Owens & Minor, Inc., both of whom maintain they were improperly named and sued in this action; defendants Cardinal Health 200 LLC and Owens & Minor Distribution Inc.; and plaintiff Suture Express, Inc., and in support of their Joint Motion for Entry of a Protective Order Regarding Personal Jurisdiction Discovery state as follows:

1.      This is an antitrust action in which each one of the parties is a commercial entity, and each entity has its own interests and concerns about maintaining the confidential nature of certain information which will or could be made available to other parties with regard to the issues in this matter.

2.      The parties have jointly negotiated a form of Stipulated Protective Order, which is agreeable to each party and which relates to the discovery regarding jurisdictional issues that will take place in this matter.

3.     The form of Stipulated Protective Order attached as Exhibit A to the Joint Motion to enter such Order sets forth the terms necessary to provide adequate protection to the parties with respect to such discovery.

4.     Entry of such Stipulated Protective Order will, pursuant to the provisions of Fed.R.Civ.P. Rule 26(c), facilitate discovery because it allows the parties to engage in discovery with regard to the issues raised in defendants Cardinal Health, Inc. and Owens & Minor, Inc.'s motions to dismiss pursuant to Rule 12(b)(2) without concerns about the disclosure of confidential or proprietary information of the parties.

WHEREFORE, the parties jointly request the Court enter the form of Stipulated Protective Order attached as Exhibit A to the Joint Motion of the parties for entry of the Stipulated Protective Order.

Dated: April 2, 2013.

Respectfully submitted,

*Attorneys for Suture Express, Inc.*

*Attorneys for Cardinal Health, Inc. and
Cardinal Health 200, LLC*

___/s/ Daniel B. Hodes_____
Charles German  (KS #22305)
Daniel B. Hodes  (KS #24783)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, MO 64106
Tel:  (816) 471-7700
Fax: (816) 471-2221
charleyg@rhgm.com
danh@rhgm.com

Daniel M. Abuhoff*
Julie M. Calderon Rizzo*
Michael Schaper*
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY  10022
Tel:  (212) 909-6120
Fax: (212) 909-6836
dmabuhoff@debevoise.com
jmcalder@debevoise.com
mschaper@debevoise.com

*Admitted pro hac vice

___/s/ Patrick Lysaught_____
Patrick Lysaught  (KS # 70176)
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
Tel:  (816) 471-2121
Fax: (816) 472-0288
lysaught@bscr-law.com

Michael Sennett*
Paula W. Render*
JONES DAY
77 West Wacker Dr.
Chicago, IL 60601-1691
Tel:  (312) 782-3939
Fax: (312) 782-8585
msennett@jonesday.com
prender@jonesday.com

Michelle K. Fischer*
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Tel:  (216) 586-7096
Fax: (216) 579-0212
mfischer@jonesday.com

*Admitted pro hac vice

*Attorneys For Owens & Minor, Inc. and
Owens & Minor Distribution, Inc.*

_____/s/ Jennifer B. Weiland_____
James L. Eisenbrandt  (KS #06839)
Jennifer B. Wieland  (KS #22444)
John S. Kemp  (KS #24939)
BERKOWITZ OLIVER WILLIAMS SHAW
& EISENBRANDT, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108
Tel:  (816) 561-7007
Fax: (816) 561-1888
jeisenbrandt@berkowitzoliver.com
jwieland@berkowitzoliver.com
jkemp@berkowitzoliver.com

John S. Gibson*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
Tel:  (949) 798-1330
Fax: (949) 263-8414
jgibson@crowell.com

Ryan C. Tisch*
Elisa F. Kantor*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500
Fax: (202) 624-5116
rtisch@crowell.com
ekantor@crowell.com

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2013, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel M. Abuhoff
Julie M. Calderon Rizzo
Michael Schaper
DEBEVOISE & PLIMPTON, LLP
919 Third Aveneu
New York, NY  10022

Charles German
Daniel B. Hodes
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, MO  64106

***ATTORNEYS FOR PLAINTIFF***

John S. Gibson
CROWELL & MORING LLP – CA
3 Park Plaza
Irvine, CA  92614

Elisa F. Kantor
CROWELL & MORING LLP – DC
1001 Pennsylvania Avenue, NW
Washington, DC  20004

James L. Eisenbrandt
Jennifer B. Wieland
BERKOWITZ OLIVER WILLIAMS SHAW & EISBRANDT, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108

***ATTORNEYS FOR OWENS & MINOR, INC. AND OWENS & MINOR DISTRIBUTION INC.***

/s/  Patrick Lysaught