# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUTURE EXPRESS, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARDINAL HEALTH, INC., )<br>CARDINAL HEALTH 200, LLC, )<br>OWENS & MINOR, INC., and )<br>OWENS & MINOR DISTRIBUTION, INC. )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 2:12-cv-02760 RDR-KGS |

### STIPULATION TO DISMISS DEFENDANT OWENS & MINOR, INC. AND CARDINAL HEALTH, INC. WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1))

WHEREAS, Defendant Owens & Minor, Inc. ("O&M, Inc.") asserts that it is a corporation organized and existing under the laws of the Commonwealth of Virginia, with its headquarters and principal place of business in Mechanicsville, Virginia;

WHEREAS, O&M, Inc. further asserts that it is a holding company which does not operate, conduct, engage in or carry out any business, does not own, lease, use or possess any real property, is not registered to conduct business, and maintains no registered agent, in any state other than Virginia;

WHEREAS, Defendant Owens & Minor Distribution, Inc. ("O&M Distribution") asserts that it is a wholly-owned subsidiary of O&M, Inc. and, as such, is a legal entity that is separate and distinct from O&M, Inc.;

WHEREAS, O&M Distribution further asserts that it does business in Kansas by contracting with customers in Kansas and distributing medical and surgical products to customers' locations in Kansas on a regular and continuous basis;

1

WHEREAS, Defendant Cardinal Health, Inc. ("CHI") asserts that it is a corporation organized and existing under the laws of the State of Ohio, with its headquarters and principal place of business in Dublin, Ohio;

WHEREAS, CHI further asserts that it is a holding company which does not itself operate, conduct, engage in or carry out any business, does not own, lease, use or possess any real property, is not registered to conduct business, and maintains no registered agent, in any state other than Ohio;

WHEREAS, Defendant Cardinal Health, Inc. ("CH200") asserts that it is a wholly-owned subsidiary of Allegiance Corporation, which is in turn a wholly-owned subsidiary of CHI, and, as such, CH200 is a legal entity that is separate and distinct from CHI;

WHEREAS, CH200 further asserts that it does business in Kansas by contracting with customers in Kansas and distributing medical products to customers' locations in Kansas on a regular and continuous basis;

WHEREAS, although the parties continue to disagree about whether this Court has personal jurisdiction over O&M, Inc. and CHI, O&M Inc. and CHI do not dispute Plaintiff Suture Express, Inc.'s ("Suture Express") good faith in naming O&M, Inc. and CHI as defendants, and all parties would like to avoid the delay, expense, and burden for the Court that would result from motion practice over the issue; now therefore,

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1) and subject to the approval and order of the Court, as follows:

1. All claims asserted against O&M, Inc. are dismissed without prejudice;

2. All claims asserted against CHI are dismissed without prejudice;

3. In the event that Suture Express discovers information which leads it to conclude that either or both O&M, Inc. and/or CHI should in fact be a defendant in this action, including but not limited to information which causes Suture Express to doubt the accuracy of one or more of the representations by O&M, Inc., O&M Distribution, CHI, and/or CH200 described herein, then this stipulated order is without prejudice to:

    a. Suture Express's right to file a motion based on an alter ego theory of liability or move to amend its complaint to re-name O&M, Inc., CHI, or both as a defendant;

    b. the right of O&M, Inc., O&M Distribution, CHI, and/or CH200 right to oppose any such motion; and

    c. the right of O&M Inc. and CHI to assert all defenses available to them, including but not limited to the defense that the Court lacks personal jurisdiction over them;

4. A motion based on an alter ego theory of liability or a motion to amend by Suture Express against O&M, Inc. filed at any time between the date of this stipulation and thirty (30) days following the entry of any judgment against O&M Distribution will relate back to the filing of Suture Express's original complaint herein.

5. A motion based on an alter ego theory of liability or a motion to amend by Suture Express against CHI filed at any time between the date of this stipulation and thirty (30) days following the entry of any judgment against CH200 will relate back to the filing of Suture Express's original complaint herein.

6. O&M, Inc. will withdraw as moot its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2).

7. CHI will withdraw as moot its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2).

**STIPULATED AND AGREED**

*Attorneys for Plaintiff Suture Express, Inc.*

*Attorneys for Defendants Cardinal Health, Inc. and Cardinal Health 200, LLC*

/s/ Daniel B. Hodes
Charles German (KS #22305)
Daniel B. Hodes (KS #24783)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
Tel. (816) 471-7700
Fax No. (816) 471-2221

Daniel M. Abuhoff*
Julie M. Calderon Rizzo*
Michael Schaper*
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*\*Admitted pro hac vice*

/s/  Patrick Lysaught
Patrick Lysaught (lysaught@bscr-law.com)
KS # 70176
BAKER, STERCHI, COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
Tel. (816) 471-2121 | Fax (816) 472-0288

Michael Sennett (msennett@jonesday.com)*
Paula W. Render (prender@jonesday.com)*
JONES DAY
77 West Wacker Dr.
Chicago, IL 60601-1691
Tel. (312) 782-3939 | Fax (312) 782-8585

Michelle K. Fischer (mfischer@jonesday.com)*
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel. (216) 586-7096 | Fax (216) 579-0212

*\*Admitted pro hac vice*

4

*Attorneys For Defendants Owens & Minor, Inc. and Owens & Minor Distribution, Inc.*

/s/ James L. Eisenbrandt
James L. Eisenbrandt, KS #06839
Jennifer B. Wieland, KS #22444
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT, LLP-KCMO
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108

John S. Gibson*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone: (949) 798-1330
Facsimile: (949) 263-8414
jgibson@crowell.com

Ryan C. Tisch*
Elisa F. Kantor*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 624-5116
rtisch@crowell.com
ekantor@crowell.com

*Admitted *pro hac vice*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Daniel B. Hodes
*Attorney for Plaintiff*